IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 NOV 20 AM 9:53

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| COASTAL CONCRETE SOUTHEAST II, LLC, D/B/A COASTAL CONCRETE <br><br> Plaintiff, <br><br> v. <br><br> GULF ATLANTIC INDUSTRIAL EQUIPMENT, INC., R & S INDUSTRIES, INC., and C.R. POLDRACK, INC., <br><br> Defendants, <br><br> v. <br><br> R&S INDUSTRIES, INC., and C.R. POLDRACK, INC., <br><br> Third-Party Defendants. | CASE NO. 4:12 cv-00095-BAE-GRS |

## STIPULATION OF DISMISSAL

COMES NOW, Plaintiff, Coastal Concrete Southeast II, LLC, and Defendants Gulf Atlantic Industrial Equipment, Inc., R&S Industries, Inc. and C.R. Poldrack, Inc. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and stipulate to the dismissal <u>with prejudice</u> of the complaint and amended complaint of Coastal Concrete Southeast II, LLC and third-party complaint of Gulf Atlantic Industrial Equipment, Inc., each party to bear its own costs and attorneys' fees.

This 15th day of November, 2012.

HUNTER MACLEAN EXLEY & DUNN, P.C.

s/ Arnold C. Young
ARNOLD C. YOUNG
Georgia Bar No. 781500
Attorneys for Coastal Concrete Southeast II, LLC

Post Office Box 9848
Savannah, Georgia 31412-0048

906482v1

APPROVED:

B. Avant Edenfield
Judge, U. S. District Court
Southern District of Ga.