IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 NOV 20 AM 9: 53

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| COASTAL CONCRETE SOUTHEAST II, LLC, D/B/A COASTAL CONCRETE | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 4:12 cv-00095-BAE-GRS ) |
| GULF ATLANTIC INDUSTRIAL EQUIPMENT, INC., R & S INDUSTRIES, INC., and C.R. POLDRACK, INC., | ) ) ) ) |
| Defendants, | ) ) |
| v. | ) ) |
| R&S INDUSTRIES, INC., and C.R. POLDRACK, INC., | ) ) ) |
| Third-Party Defendants. | ) |

## STIPULATION OF DISMISSAL

COMES NOW, Plaintiff, Coastal Concrete Southeast II, LLC, and Defendants Gulf Atlantic Industrial Equipment, Inc., R&S Industries, Inc. and C.R. Poldrack, Inc. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and stipulate to the dismissal with prejudice of the complaint and amended complaint of Coastal Concrete Southeast II, LLC and third-party complaint of Gulf Atlantic Industrial Equipment, Inc., each party to bear its own costs and attorneys' fees.

This 15th day of November, 2012.

HUNTER MACLEAN EXLEY & DUNN, P.C.

s/ Arnold C. Young
ARNOLD C. YOUNG
Georgia Bar No. 781500
Attorneys for Coastal Concrete Southeast II, LLC

Post Office Box 9848
Savannah, Georgia 31412-0048

906482v1

APPROVED:

_____
B. Avant Edenfield
Judge, U. S. District Court
Southern District of Ga.